IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Lyne A. Hart-Brown,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 15-0080-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse and Remand*, filed October 22, 2015 [Doc.12]. After due consideration of the issues presented and for the reasons cited in the defendant's motion and not opposed by the plaintiff, it is

**ORDERED** that *Defendant's Motion To Reverse and Remand*, filed [Doc.] is **GRANTED** and this matter is **REVERSED AND REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with those set out in the motion of the Commissioner.

                                               */s/ John T. Maughmer*
                                               **John T. Maughmer**
                                   **United States Magistrate Judge**