IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Lyne A Hart-Brown, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-0080-CV-W-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed November 25, 2015, [Doc. 16]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed November 25, 2015 [Doc. 16] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,288.11.


                                                     */s/ John T. Maughmer*
                                                               **John T. Maughmer
                                            United States Magistrate Judge**